UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPA SHIPPING B.V. and NEPA TRANSPORT B.V., <br><br> Plaintiffs, <br><br> -against- <br><br> JINGHUA RIZHAO STEEL GROUP INTERNATIONAL TRADE CO., RIZHAO STEEL CO., LTD. and FAME RISEN DEVELOPMENT LTD., <br><br> Defendants. | 07 CV <br><br><br> <u>RULE 7.1 STATEMENT</u> |

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiffs, NEPA SHIPPING B.V. and NEPA TRANSPORT B.V. (collectively "NEPA"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of the NEPA Plaintiffs.

Dated: New York, NY

June 27, 2007

                                                Respectfully submitted,

                                                MAHONEY & KEANE, LLP
                                                Attorneys for Plaintiffs, NEPA SHIPPING
                                                B.V. and NEPA TRANSPORT B.V.

                         By:  _____
                                              Edward A. Keane, Esq. (EK 1398)
                                              111 Broadway, 10th Floor
                                              New York, NY 10006
                                              Tel (212) 385-1422
                                              Fax (212) 385-1605
                                              File No. 67/3425/B/07/6